# Court of Appeals
# of the State of Georgia

ATLANTA,  June 09, 2021

*The Court of Appeals hereby passes the following order:*

## A21D0353. BAXTER J. DOUGLAS v. THE STATE.

Baxter J. Douglas was charged with aggravated stalking, and he entered a guilty plea on May 3, 2016. It does not appear that Douglas appealed this plea. Douglas subsequently filed a motion for out-of-time appeal, which the superior court denied. Douglas then filed this application for discretionary appeal.

An order denying a request for out-of-time appeal may be appealed directly when the criminal conviction at issue has not already undergone appellate review. See *Romano v. State*, 297 Ga. 497, 497 (775 SE2d 151) (2015). We will grant a timely discretionary application if the lower court's order is subject to direct appeal. See OCGA § 5-6-35 (j). Accordingly, this application is hereby GRANTED. Douglas shall have ten days from the date of this order to file a notice of appeal with the superior court. If he has already filed a notice of appeal, he does not need to file another notice of appeal. The clerk of the superior court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  06/09/2021

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

*Stephen E. Castlen*
, Clerk.